☒ FILED  ☐ RECEIVED

**DEC 12 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

GARY M. RESTAINO
United States Attorney
District of Arizona
ABBIE BROUGHTON MARSH
Assistant United States Attorney
California State Bar No. 226680
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: abbie.broughton.marsh@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. Michael Tomasi, Defendant. | No. 23-1751-PHX-DWL  REDACTED  **INDICTMENT**  VIO: 18 U.S.C. § 115(a)(1)(B) (Threat Against Federal Official) Counts 1-3  18 U.S.C. § 875(c) (Interstate Threat) Counts 4-6 |

**THE GRAND JURY CHARGES:**

**INTRODUCTION**

1. Defendant MICHAEL TOMASI previously resided in Colorado and moved to Rio Verde, Arizona on or about August 2022. TOMASI was active on social media platform www.patriots.win under username "SgtCup". The site is an international online social media platform based outside Arizona.

2. Between May 2021 and November 2023, TOMASI engaged in a course of conduct demonstrating a desire to harm or threaten a variety of groups and individuals. TOMASI made public posts, linked to other online content, and made comments in response to news and opinions posted by other www.patriots.win users that threatened violence and maligned other platform users, individuals, and groups.

## BACKGROUND

3. In December 2022, a referral from an outside non-profit group was sent to investigators regarding TOMASI's posts and comments on www.patriots.win. The referral identified posts regarding targeting law enforcement and others and stating a willingness to use weapons. The referral also included a post where "SgtCup" identified himself as TOMASI.

4. Prior to moving to Arizona, TOMASI, posting as "SgtCup", made the following threatening comments on www.patriots.win:

5. On May 9, 2021, TOMASI, commenting on a post about a former federal official A.F., posted: "[t]hat faggot needs to be tortured to death. A.F. is literally worse than Hitler and Moa [sic] combined. His entire bloodline should be killed off."

6. On November 8, 2021, TOMASI posted: "FBI has no legal ability to enforce anything. Shoot on site."

7. On November 26, 2021, TOMASI posted: "I want to rape United States Congresswoman 1 not because of any sexual gratification I get out of it, but because I want to put her through the horror of a violent rape."

8. On March 11, 2022, in response to a post about a case that was dismissed by the District Attorney in Denver, TOMASI posted: "Denver DA is B.M. [XXX-XXX-XXXX]" and "I'm local I'll be there tomorrow outside the DA office. I'm fucking done and someone needs to die for this."

9. On March 31, 2022, TOMASI posted: "Execute United States Congressman 1. He's one of them. Kill every corrupt politician."

10. On June 12, 2022, in response to a post about a woman who canceled a political group's dinner reservation, TOMASI posted: "…we need to firebomb her house. Fuck this terrorist bitch. I'll fucking do it just get me the address. I've spent 30 minutes trying to track her down and gotten no where. Doxing isn't my strength, fucking up commie faggots is my thing."

11. On August 11, 2022, TOMASI posted: "Wait we got the address for Alex Jones Judge. Where give it to me and I'll take care of her. In the loving Italian way that phrase is used."

12. TOMASI also made posts about firearms and willingness to act violently:

13. On July 4, 2021, TOMASI posted: "Violence is always the answer. Look at how compliance with law works. Follow the law or we will take you down. Violence is always the answer."

14. In 2022 TOMASI made a post on www.patriots.win titled "My Let's Go Brandon dance" with a link to a video of him dancing with two guns.

15. Also in 2022, TOMASI posted "anyone who kicks in my door dies. I have more then [sic] 'guns' MEGA KEK."

16. While TOMASI was living in Arizona, he committed the following violations:

## COUNT 1

### (Threat Against Federal Official)

On or about August 10, 2023, in the District of Arizona and elsewhere, the defendant, MICHAEL TOMASI, did threaten to kill a federal law enforcement officer, to wit: Federal Bureau of Investigation Agents, with the intent to impede, intimidate, interfere, or retaliate against those federal law enforcement officers on account of the performance of their official duties by posting on www.patriots.win: "Or when they show up you can start shooting them. Why do we all sit here seeing this happen before our very eyes and go 'see this is why you gotta watch what you say.' No and fuck you. Come to my house to enforce illegal edicts i kill you. That's tge [sic] law of the land. Its time to shoot back and quit being faggots on the internet worried about what we say. These nazi FBI faggots deserve nothing but instant death." and "the only good fbi faggot is dead fbi faggot."

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 2

### (Threat Against Federal Official)

On or about August 26, 2023, in the District of Arizona and elsewhere, the defendant, MICHAEL TOMASI, did threaten to kill a federal law enforcement officer, to wit: Federal Bureau of Investigation Agents, with the intent to impede, intimidate, interfere, or retaliate against those federal law enforcement officers on account of the performance of their official duties by posting on www.patriots.win: "Shoot the FBI first ask questions later. They are terrorists that deserve nothing but to be shot on site. Fuck them all to death. Any FBI fag have a problem with that come to my house and see what happens. Shoot before they even pull their guns out of their trunk and you shoot to kill."

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 3

### (Threat Against Federal Official)

On or about November 20, 2023, in the District of Arizona and elsewhere, the defendant, MICHAEL TOMASI, did threaten to kill a federal law enforcement officer, to wit: Federal Bureau of Investigation Agents, with the intent to impede, intimidate, interfere, or retaliate against those federal law enforcement officers on account of the performance of their official duties by posting on www.patriots.win, "Execute every single FBI agent and employee, including the maintenance staff. Execute every single one of them." "How I really feel about them is so dark Hitler, Mao, Stalin, pot and the devil blush. And after they are all dead I will make sure to sin in every way possible before I took my own life only so that I could be sent to hell to further torture their miserable fucking souls for eternity. Fuck FBI" and "But I want them to be fucked to death. Hangings aren't punishment enough. I want them to die slowly by bleeding out though their assholes. Like seriously they all need to die."

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 4

### (Interstate Threat)

On or about August 10, 2023, in the District of Arizona and elsewhere, the defendant, MICHAEL TOMASI, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is to injure and kill Federal Bureau of Investigation Agents, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence by posting comments on www.patriots.win: "Or when they show up you can start shooting them. Why do we all sit here seeing this happen before our very eyes and go 'see this is why you gotta watch what you say.' No and fuck you. Come to my house to enforce illegal edicts i kill you. That's tge [sic] law of the land. Its time to shoot back and quit being faggots on the internet worried about what we say. These nazi FBI faggots deserve nothing but instant death." and "the only good fbi faggot is dead fbi faggot."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 5

### (Interstate Threat)

On or about August 26, 2023 in the District of Arizona and elsewhere, the defendant, MICHAEL TOMASI, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is to injure and kill Federal Bureau of Investigation Agents, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence by posting comments on www.patriots.win: "Shoot the FBI first ask questions later. They are terrorists that deserve nothing but to be shot on site. Fuck them all to death. Any FBI fag have a problem with that come to my house and see what happens. Shoot before they even pull their guns out of their trunk and you shoot to kill."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 6

### (Interstate Threat)

On or about November 20, 2023 in the District of Arizona and elsewhere, the defendant, MICHAEL TOMASI, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is to injure and kill Federal Bureau of Investigation Agents, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence by posting comments on www.patriots.win: "Execute every single FBI agent and employee, including the maintenance staff. Execute every single one of them." "How I really feel about them is so dark Hitler, Mao, Stalin, pot and the devil blush. And after they are all dead I will make sure to sin in every way possible before I took my own life only so that I could be sent to hell to further torture their miserable fucking souls for eternity. Fuck FBI" and "But I want them to be fucked to death. Hangings aren't punishment enough. I want them to die slowly by bleeding out though their assholes. Like seriously they all need to die."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: December 12, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
ABBIE BROUGHTON MARSH
Assistant U.S. Attorney