IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>  vs.<br><br>Michael Tomasi,<br><br>            Defendant. | CR-23-01751-PHX-DWL<br><br>**ORDER**<br><br>(Second Request) |

Upon review of Defendant's Motion to Continue Trial and Extend Pretrial Motions Deadline (Doc. 24), there being no objection from the government, and good cause appearing,

IT IS ORDERED granting Defendant's Motion.

IT IS FURTHER ORDERED continuing the pretrial motions deadline to **April 29, 2024.**

This court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

///

///

IT IS FURTHER ORDERED continuing Trial from April 2, 2024, to **June 4, 2024 at 9:00 a.m.**

The Court finds excludable delay under 18 U.S.C. § 3161(h) ___ from **4/3/2024,** to **6/4/2024.**

Dated this 12th day of March, 2024.

Dominic W. Lanza
United States District Judge

2