GARY M. RESTAINO
United States Attorney
District of Arizona

RAYMOND K. WOO
Arizona State Bar No. 023050
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: raymond.woo@usdoj.gov
Attorneys for Plaintiff

FILED Jul 09 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Michael Tomasi, <br><br> Defendant. | CR23-1751-PHX-DWL <br><br> **I N F O R M A T I O N** <br><br> **Count 1: 18 U.S.C. § 115(a)(1)(B)** <br> **(Threats Against Federal Officials)** <br><br> **18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c)** <br> **(Forfeiture Allegation)** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

## COUNT 1

### (Threat Against Federal Officials)

1.  On or about August 26, 2023, in the District of Arizona and elsewhere, the defendant, MICHAEL TOMASI, did threaten to kill a federal law enforcement officer, to wit: Federal Bureau of Investigation Agents, with the intent to impede, intimidate, interfere, or retaliate against those federal law enforcement officers on account of the performance of their official duties by posting on www.patriots.win: "Shoot the FBI first and ask questions later.  They are terrorists that deserve nothing but to be show on site.  Fuck them all to death.  Any FBI fag have a problem with that come to my house and see what happens.  Shoot before they even pull their guns out of their trunk and you shoot to kill."

In violation of Title 18, United States Code, Section 115(a)(1)(B).

**FORFEITURE ALLEGATION**
**(18 U.S.C. §§ 924(d) and 981;**
**21 U.S.C. §§ 853 and 881; 28 U.S.C. § 2461(c))**

2.　Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count 1 of this Information, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following property involved and used in the offense:

| FBI Item Number | Description |
| --- | --- |
| 1B1 | Springfield armory XD-9 #XD825426 |
| 1B2 | 9mm round |
| 1B3 | Magazine containing 9mm ammunition |
| 1B4 | 6 magazines containing 9mm ammunition |
| 1B6 | Smith & Wesson Model: M & P 15 Serial: TR88579 |
| 1B7 | Magazine containing 223/5.56mm Rounds |
| 1B9 | 3 Magazines with 223/5.56mm rounds |
|  | 3 Magazines with 9mm rounds |
| 1B11 | Ammunition Can marked 500 rounds of 5.56mm |
| 1B12 | Ammunition Can marked 500 rounds of 5.56mm |
| 1B13 | Ammunition Can marked 500 rounds of 5.56mm |
| 1B14 | Ammunition Can marked 500 rounds of 9mm |
| 1B15 | Ammunition Can marked 500 rounds of 9mm |
| 1B16 | Ammunition Can marked 500 rounds of 9mm |
| 1B17 | Ammunition Can marked 500 rounds of 9mm |

| | | |
|---|---|---|
| 1B18 | | Ammunition Can marked 500 rounds of 9mm |
| 1B19 | | Ammunition Can marked 200 rounds of Buckshot |
| 1B20 | | Ammunition Can marked 200 rounds of Buckshot |
| 1B21 | | Ammunition Can marked 300 rounds of Birdshot |
| 1B22 | | Ammunition Can unmarked containing 12 gauge ammunition |
| 1B23 | | Ammunition Can unmarked containing 12 gauge, 223 and 270 win ammunition |
| 1B24 | | Soft Case Shotgun Bag with shotgun rounds |
| 1B26 | | Burnt Rifle |
| 1B27 | | 5 Magazines of AR-15 (2 with 30 rds and 4 with 40 rds of ammunition) |
| 1B28 | | Bag of shot gun ammunition, 1 Box of 9mm and 1 Box of 5.56mm |
| 1B29 | | Remington 870 Tactical Serial: RS29649P |
| 1B30 | | 6 Federal OO Buck Shells from Item 10 |
| 1B31 | | 3 Magazines loaded with 9mm ammunition |

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

Dated this ___ day of _____, 2024.

                                        GARY M. RESTAINO
                                      United States Attorney
                                      District of Arizona

*Digitally signed by RAYMOND WOO*
*Date: 2024.06.24 15:47:10 -07'00'*

                                      RAYMOND K. WOO
                                      Assistant U.S. Attorney